IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR7 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERTO ACERO-GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

## MATERIAL WITNESS

RE:  REQUEST FOR APPOINTMENT OF COUNSEL FOR **Alfredo Franco-Montoya**

   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named individual in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named individual is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.


   **IT IS ORDERED:**

   **IT IS ORDERED** that **Matthew R. Kahler** is appointed as attorney of record for the above-named material witness.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Matthew R. Kahler.

   DATED this 25th day of January, 2013.

                                        BY THE COURT:


                                        s/ F. A. Gossett
                                        United States Magistrate Judge