## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:13CR7 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GUILLERMO GARCIA-SOTO, | ) | RE: MATERIAL WITNESS |
| | ) | MARCELO JIMENEZ-ARIAS |
| Defendant. | ) | |

This matter is before the court on the Material Witness, Marcelo Jimenez-Arias', Motion to Take Deposition [34]. Upon review of the file, I find that the motion should be granted. The government shall proceed in taking the deposition of the Material Witness on or before 12:00 Noon, on February 22, 2013.

**IT IS ORDERED:**

1. The Motion to Take Deposition [34] is granted. The Material Witness, Marcelo Jimenez-Arias shall be produced to the government for deposition on or before 12:00 Noon on February 22, 2013, or the Material Witness shall be released.

Dated this 7th day of February, 2013.

BY THE COURT:

S/ F. A. Gossett, III
United States Magistrate Judge